IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES LEE ALLEN,

   Plaintiff,

    v.

DR. HENDRICK
OF COBB COUNTY JAIL OF
MARIETTA, GEORGIA,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3358-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action as barred by the statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 14 day of January, 2015.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\14\Allen\14cv3358\r&r.wpd